BARTHOLOMEW A. GILLIGAN, Respondent, *v.* THE CITY OF WATERTOWN, Appellant.

*Gilligan* v. *City of Watertown*, 126 App. Div. 923, affirmed.
(Argued February 15, 1910; decided March 1, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 11, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for services.

*I. R. Breen* for appellant.

*Thomas Burns* and *B. A. Gilligan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

FLORA LA MARCHE, as Administratrix of the Estate of JOHN B. LA MARCHE, Deceased, Appellant, *v.* THE INTERNATIONAL PAPER COMPANY, Respondent.

*La Marche* v. *International Paper Co.*, 122 App. Div. 903, affirmed.
(Argued February 15, 1910; decided March 1, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 22, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by defendant's negligence.

*F. A. Bratt* for appellant.

*John E. Sawyer* and *Erskine C. Rogers* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER and HISCOCK, JJ. Not sitting: HAIGHT, J.